I

Kinston NC Nov. 2, 2020

Case No. 4:19-CV-166-FL Response by Plaintiff Karolina Sorensson to United States Magistrate Judge Memorandum & Recommendation Filed 11/09/2020. Opposition Comments & Requests by Plaintiff Karolina Sorensson.

FILED
NOV 24 2020
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

To Whom It May Concern,

I Karolina Sorensson plaintiff in Case No. 4:19-CV-166-FL am in opposition to the recommendation to dismiss my complaint for unlawful termination, reduction of hours, and discipline against Defendant Harbor Freight Tools USA, Inc, on the basis of Religion, my Faith & Religion are intrinsical parts of my persona and upbringing, and having been put through harassment, embarassment, pushed into poverty (deeper poverty) and homelessness and having had to take the abuse of Harbor Freight Tools USA Inc as a corporation (HFT USA INC) and the individuals in this case, group up adults who knew what they were doing, any and all of their actions are against my Faith & Religion, including keeping the purity of my body, the extreme harassment and discrimination I had to endure included but was not limited to Michael Chaavine, the assistant (or Mgr.) manager coming behind my body, startling me and his face literally on my buttocks when I was looking at customers and at the floor (sales floor) in my cashier station, also having Karen Thomas touching my breast when she was showing me a training in the computer, when I was alone in the managers office, where Mr. Dante the warehouse manager screamed at me 'SIT DOWN, SIT DOWN! SHUT THE DOOR!' and slammed said door violently on my face in front of Assistant Mgr. Tanya Newton, these actions by these individuals and HFT USA INC hiding and allowing these actions are in direct opposition to my religion. In my recollection Mr. Dante slammed said door in front of another manager if I'm not mistaken, I apologize, it was Mr. Snowden. KS

Kinston NC Nov. 21, 2020

Case No. 4:19-CV-166-FL Response by Plaintiff Karolina Sorensson to United States Magistrate Judge Memorandum & Recommendation Filed 11/09/2020. Oppositions Arguments & Requests by Plaintiff Karolina Sorensson.

To Whom it May Concern CONTINUATION OF PAGE I

During the months that I was going through the discriminatory harassing actions of the defendant that led to my loss of income and emotional distress, I felt dirty, confused and disgusted of my body and persona because I did NOT know what was causing these individuals, HFT Tools USA's Human Resources and the company to act in such a cruel manner, including but not limited to threats of violence by Michael Chanine's apparent Mistress Laura Pollard, a person who uses Meth and other drugs. In January of 2019 before the store in Morhead City NC opened (Jan. 10th 2019 was the opening day) I was in the warehouse looking at the lockers - deciding which one I was going to use, I thought no one was there and Michael Chanine came behind me at a few steps behind my back when I turned in horror because I saw his hands coming to my throat to chock me, when I screamed and ran towards the front of the store but I did NOT say anything until later on when things got out of hand from them, BECAUSE I DID NOT WANT TO LOSE MY JOB. Additionally I have all of the emails to Anthony Myers explaining the situation to which Mr. Myers would become upset and irate and it came to the point where he said THAT I WAS A LIAR! WHAT ELSE ARE YOU LYING ABOUT? HE SAID REPEATEDLY ON A CONFERENCE call in front of Tanyar Newton who would just roll her eyes. I was also told by Karen Thomas at the NC works office in Morehead City NC at my past interview she stated: "We don't do drug tests" In the incident of the intent of assault/rape by Chanine there was/s were NO merchandise in the warehouse so It was harassment to say the least.

Case No. 4:19-CV-166-FL Response by Plaintiff Karolina Sorensson To United States Magistrate Judge Memorandum & Recommendation Filed 11/09/2020. Oppositions Comments & Requests by Plaintiff Karolina Sorensson.

III

To Whom it May Concern Continuation of Page II

When Mrs. Thomas said in our first interview 'we don't do drug tests here/this company' I didn't understand what she said because I never been told by a hiring manager specially since there was the possibility of handling vehicles (large vehicles) in said warehouse/warehouses, I thought to myself 'I don't know why Mrs. Thomas is saying this', and I am not used to hearing said talk except when talking to addicts who have ruined everything in their lives, and I FIRMLY BELIEVE IN SOBER AND CLEAN LIVING, plus Mrs. Thomas' statement didn't make sense since people, staff and corporations wel. but not limited to corporate staff do NOT show to work high NOR do drugs at work as they do with their drug culture.

Additionally I am offended by the language of the United States District Court for the Eastern District of North Carolina Eastern Division wel. but not limited to the language written and stated by Kimberly A. Swank reiterated by Peter A. Moore Jr and deputy Marsha Castania (Ms. Marsha nor the court print this person's name) and Ms. Castania therefore is not owning her actions nor statements, said court's (deputy clerk) clerk has made or keeps on making. About the language The United States District Court for the Eastern District of North Carolina Eastern Division US District Court in New Bern NC, the word harassment its written by said court: "harassment" <u>undermining</u> the extreme abuse discrimination and the actions of HFT USA INC and any and all of its employees, showing also insensitivity towards violence at work, and perhaps retaliation from the US courts staff; I see a lot of bias to say the least by the court.

Kinston, NC Nov. 21st 2020

Case No. 4:19-CV-166-FL Response by Plaintiff Karolina Sorensson to United States Magistrate Judge Memorandum & Recommendation filed 11/09/2020. Opposition's Comments & Requests by Plaintiff Karolina Sorensson.

To Whom it May Concern CONTINUATION of page III.

Also I have been very offended by the apparent birthism and discrimination of the US District Court located in New Bern NC incl. but <u>not</u> limited to any and all clerks working there and including but <u>not</u> limited to the language of US Magistrate Judge Kimberly A. Swank when they seem obsessed with stating in my case/complaints that although I am a US Citizen they have emphasized twice 'a person of Nicaraguan Origin' showing their doubt and suggesting that I am not a US Citizen, although I am a US Citizen, when I became a US Citizen the Judge that swore me in, stated that because of our accents and unfortunately appearances, people would discriminate and treat US Citizens as illegal/undocumented so that branch of the US District Court is treating me differently. Also, when I filed for this complaint against HFT Tools USA Inc and its employees I marked discrimination against disabilities since unfortunately I live with disabilities, so I don't know why the clerks and the US District Court located in New Bern NC decided to drop such an important issue, plus delaying my in form pauperis petition. I am requesting these that said clerks incl. but not limited to Susan Tripp, Ms. Collins, and Marsha Castania (?), US Magistrate Judge Kimberly A. Swank and Peter A. Moore Jr. Clerk : recuse and be removed from my case, any and all of these individuals have taken actions such as obstructing justice and my files, in one ocassion Ms. Castania refused to charge me more on my debit card so that I could get photocopies of my case (while the deadline clock was ticking literally on the wall clock) then KS

V    Kinston Nov. 21ST 2020

Case No. 4:19-CV-166-FL Response by Plaintiff Karolina Sorensson to United States Magistrate Judge Memorandum & Recommendation Filed 11/09/2020. Oppositions Comments & Requests by Plaintiff Karolina Sorenssor

To Whom it May Concern, Continuation of page IV &

Ms. Castania refused and hindered me from getting evidence that I had filed important documents, until she saw me bleeding from my hand, because I had cut myself with my diabetic lance looking for exact change which she angrily demanded. About these clerks disposition and actions Ms. Susan Tripp and Ms. Castania SHAKE iN ANGER and clench their jaws when speaking to me, because I consult with lawyers and legal professionals, yet their actions cannot be recorded because they do not allow cell phones violating Freedom of Speech. Furthermore, I AM UNDER OATH and I'm swearing over the Bible that my statements are TRUE. By their actions (Clerks and Magistrate Judge) they violate my rights and undermine the extreme situation that I am going through in the flesh, and in every aspect of my life, and its defamation per se. Related to the request by the US District Court for the Eastern District of North Carolina Eastern Division of dismissing my claims against the named individuals defendants I am in total opposition, these individuals knew what they were doing, and the US District Court and its staff are allowing this Company and its staff to act in a discriminatory, harassing (almost criminal) manner, I am bringing PAINFULLY to light this company's and its employees actions, because I DO NOT WISH THE DISCRIMINATION AND HARASSMENT AND BEING PUSHED TO HOMELESSNESS EXARCEBATING my disabilities to ANY HUMAN BEING, that's against my Religion, Faith and Morals. I think the entire world can see this Court's Morals.

KS

VI

Kinston Nov. 21ST 2020

Case No. 4:19-CV-166 FL
Continuation of Page V
To Whom it May Concern,

I am also in opposition to the recommendation of the US District Court for the Eastern District of North Carolina, Eastern Division of dismissing my claim of defamation by Harbor Freight Tools Inc and its employees et al., for example when Michael Chanine/Chaanine attacked me and opened his arms and legs on a cross while screaming at me to return the walkie talkie that I had forgotten for a few seconds while I walked out of the store, afraid of his 250 plus aggressivity, when I returned said equipment, he ordered me to bring it to the office where he was positioned in a cross manner obstructing the way, and there was a person who received said equipment at the cashier station, right after that incident, I called the non-emergency police number yet his (Michael Chaanine's First Cousin) showed to my call/meeting and said female informed me that there have been 911 calls from that store but that apparently they (the employees) claimed that they hadn't dialed, when a man said he was going to hit me if I opened my mouth and he was shoplifting, there was a phone call to the emergency number (communication), a few minutes after the incident Michael Chaanine brought a police officer to intimidate me, pointed at me (Michael Chanine pointed at me) told the officer there. When I spoke to Female Police Officer Ms. Chanine she informed me that it was not me who had dialed 911 but I feel I was somewhat framed.
*Mr. Chaanine obstructed my way to the office for me to return the equipment after he verbally abused me and was extremely aggressive. VS

VII  Kinston NC Nov. 21 2020

Case No. 4:19-CV-166-FL
Continuation of Page VI

To Whom it May Concern, The Officer who came to the store screamed 'Did you call 911?' I stated that I did NOT call 911, two sheriffs (Carteret Co. Sheriffs) instructed me before that I should always contact 252-726-1911 and that is the number I dial in Carteret County, although my backup and my device/smartphone dials 911 by voice and it has accidentally dialed 911 BUT NOT in said ocassion. Nonetheless threatening me with the police/authorities constitutes DEFAMATION also claiming that my register was short is defamation and I am able to show that it was a frame and lies from their part (HFT Inc USA's and its employees) also they told Division of Emp. Sec of NC my register was missing money and to claim that my register was over $10 or under $5.00 when they did not allow me to count the money (monies) at the beginning nor at the end of my shift, which would have been helpful since they smelled of crack drugs and hashis when counting the money (HFT Inc USA and its employees), I have on a phone that is being repaired the pictures OF RECEIPTS THESE EMPLOYEES PLACED INSTEAD OF THE REAL RECEIPTS AFTER COUNTING THE REGISTER'S MONIES DATED 07/2016 (Receipt date) and these incidents happened in 2019! I have evidence of their lies and defamation to the extreme of intimidating me with the authorities, incl. but not limited to their first cousin, Morehead City Police Officer Ms. Chanine. The pictures I took of these receipts were taken in 2019 after I counted the money, also I caught at least 2 times in the register they handed me INACCURACIES in the amounts they counted. The date of the pics taken of the receipts are on the pics. itself.

KS

VIII

Kinston, NC Nov. 21ST 2020

Case No. 4:19-CV-166-FL
Continuation of Page VII
To Whom it May Concern,

The projection of my loss of income is of approximately <u>approximately</u> $500,000+ going by my earnings at HFT USA Inc caused by it (the corporation) and its employees et al in this case, for the extreme harassment discrimination and other I am asking for $20,000,000 (Twenty Million USA Dollars) and $500,000 (Five Hundred Thousand USA Dollars) also I wish for this Complaint to be not public or whichever measure can this court take because the defamation and exposure of my disabilities, incapacitations, and even including the companies and its employee's actions, are bleeding, in my case obstructing my relationship to other future employers and my ability to put food on my table, and keep a roof over my head, for lack of better terms, and rather in those simpler terms. The $500k mentioned above in lines 6 and 7 are the projection of lost income on line 2. I don't know why this court and its clerks seem blind to my charges of discrimination and other that I filed, in a civil manner, brought to the attention of this court, the US District Court. KS

PS: I will mention here and in my complaints that after I told Anthony Myers that I had evidence of the fake receipt of 2016 found in my drawer that was handed to me by Mrs. Thomas, Mr. Myers and HFT Inc Tools prohibited from taking pictures although they were defaming me by stating my register was <u>NOT accurate</u>. KS I brought immediately to the attention of the manager the receipt I found on the register she handed me (the only receipt)

Case No. 4:19-CV-166-FL
Continuation of Page VIII 8
To Whom it May Concern,

I am mentioning and stating here and hopefully this won't be taking unlawfully against me, that there was a detention by the authorities of my persona about a year after the actions of the defendant/dependant et al that was influenced by the defamation of the defendant et al the day when I formally lost everything incl. but not limited to my house of 12 years at 615 Flybridge Ln, BFT, NC 28516 my good friend does not drive so she couldn't help me with that traumatic detention (traumatic to me and my loved ones) where I was denied my medications in jail, a weekend and a business day, this detention affected and pushed a malicious prosecution where the prosecutor Mr. Augustus Willis IV and the court lawyer Patrick Newman forced me to buy a ONE WAY TICKET TO MY COUNTRY OF BIRTH (since I am a US citizen) in order for them to dismiss the charges of alledgedly dialing 911 (I have a video of the officer irately asking if I had dialed 911) and having a diabetic/heat stroke bodily fluid reaction in the police car where I was detained and handcuffed, apparently those charges have been dismissed and I haven't been able to seal the bodily fluid charge because of COVID19 since said Carteret Co. court was shut down To reiterate here the bodily fluid charge was dismissed months ago, about 2-3 mos. ago, right after said court shut down it should be opened now.

X                    Kinston NC Nov. 21 2020

Case No. 4:19-CV-166 FL
Continuation of Page IX 9
To Whom it May Concern

Also, I have limited financial resources to pay lawyr Tetterton $500.00 that said lawyr wants to seal the charges that Judge Mack graciously judged sealable he did so immediately after judge Mack dismissed said alledged charges, incl. but not limited to the fact that I had several job offers rescinded while I was homeless and going to court and constantly communicating with lawyr Newman and his assistant Mr. Miller and lawyr Tetterton. Additionally I do NOT want to be exposed to Covid-19 in any and all circumstances and I am feeling extremely uncomfortable that the US District Court is NOT being sensitive and apparently not lenient to the Covid 19 era/pandemic, not to the fact that even as of now this election for the president of the USA, and the counting of the votes in the USA incl. NC, has tremendously delayed US Postal Service, i.e. this court sent me and filed the latest document sent to me on 11/09/2020 and I did not receive said request until 11/21/2020, I tried to see these docs. on PACER but my eyesight and the lack of accomodation to disabilities in this court, made it extreme difficult and near impossible for me to see the docs.; I do NOT have access to expensive technology incl. smart phones for Americans, Hispanic-American with poor vision, to easily read the documents and requests your court files, nor do I have health insurance, that has been denied to me.

KS

XI  Kinston NC Nov. 21 2020

Case No. 4:19-CV-166 FL
Continuation of Page X 10

To Whom it May Concern,

I am stating here that I have all of the emails and possibly *recordings (since it is very difficult because of my disabilities) of my communication to Anthony Myers, the third party co. handling discrimination harassment complaints, and other with HFT Inc USA, emails where I explain the situations and actions of HFT Inc USA and its employees and et al, acussing me of lying, and this claim it's NOT limited to this particular action from their part, acussing me of lying is against the core of whom I am, and my Faith and Religion, and I am requesting more respect and treatment based on my Religion and other. I am also waiting for the results of a Covid 19 test in writing and I would like to ask the court for leniency and in a sense accomodation to this matter and other, pertaining to the decline of my health and life in general, incl. but not limited to still recovering from 11 mos. of homelessness (living from shelter to shelter, if the shelters were safe) job offers to me rescinded, 3 people in my family going to Heaven because of COVID-19, my beloved biological sister and her 14 yr. old child almost dying of COVID-19, and losing her job of 15 yrs. due to covid-19 as well. There is ABSOLUTELY NOTHING FRIVOLOUS ABOUT MY COMPLAINT(S) nor deserving of being dismissed or parts being dismissed.

Sincerely,  KS

TEL. 910-358-6682 / 252-422-0238

* PS: Recording of communication from me to defendants et al and their 3rd parties incl. but not limited to 3rd parties.

KAROLINA SORENSSON  emeraldgreencountry@gmail.com  (2 Not reliable)
Project Kinston Towers, Tower #1 Apt 6-g Kinston NC 28501